[No. 22192–2–I.   Division One.   May 8, 1989.]

JANET AMUNDSON, *Appellant,* v. STANWOOD SCHOOL
DISTRICT No. 401, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83–2–01285–4, Daniel T. Kershner, J.,
entered November 10, 1987. *Affirmed* by unpublished opin-
ion per Coleman, C.J., concurred in by Scholfield and
Grosse, JJ.

[No. 19767–3–I.   Division One.   May 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. GUY WILLIAM
ROWAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–02261–5, Warren Chan, J., entered
December 12, 1986. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Swanson and Forrest, JJ.

[Nos. 19410–1–I; 20161–1–I.   Division One.   May 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDRE
BRIGHAM YOUNG, *Appellant.*

Appeals from judgments of the Superior Court for King
County, No. 86–1–00483–8, Warren Chan, J., entered Octo-
ber 3, 1986, and March 11, 1987. *Affirmed* by unpublished
opinion per Grosse, J., concurred in by Coleman, C.J., and
Swanson, J.

[No. 20855–1–I.   Division One.   May 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LONNIE DEE
ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–03092–8, Peter K. Steere, J., entered July
31, 1987. *Affirmed* by unpublished opinion per Webster, J.,
concurred in by Swanson and Forrest, JJ.